IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DEVONTE KING,

               Plaintiff,

vs.

JOEL JAY,

               Defendant.

4:21CV0206

**MEMORANDUM AND ORDER**

      Plaintiff has been given leave to proceed in forma pauperis. (Filing 6) The court now conducts an initial review of Plaintiff's Complaint (Filing 1) under 28 U.S.C. § 1915(e)(2).

      The Federal Rules of Civil Procedure require that complaints be personally signed by pro se parties:

> Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented…. The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention.

Fed. R. Civ. P. 11(a). A signature is mandatory.

      Plaintiff's Complaint is unsigned,[1] and otherwise fails to comply with Rule 11 in that it does not list an address or phone number.

---

[1] Attaching a copy of a signed affidavit prepared for filing in county court is not sufficient.

Plaintiff's Complaint also fails to comply with Rule 10, which provides that "[t]he title of the complaint must name all the parties …." Fed. R. Civ. P. 10(a). Plaintiff cannot prosecute this action using the pseudonym of "a man."

IT IS THEREFORE ORDERED:

1. Plaintiff is directed to file a signed copy of his Complaint, using his legal name in the caption's title and listing his current address in the signature block, on or before July 21, 2021.

2. Failure to comply with this Memorandum and Order will result in the court dismissing this action without further notice.

3. The Clerk of Court is directed to set a pro se case management deadline in this matter with the following text: **July 21, 2021**: signing deadline.

Dated this 6th day of July 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge