IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEVONTE KING,<br><br>            Plaintiff,<br><br>vs.<br><br>JOEL JAY,<br><br>           Defendant. | 8:21CV206<br><br>**MEMORANDUM AND ORDER** |

On July 6, 2021, the court ordered Plaintiff to file a signed copy of his Complaint, using his legal name in the caption's title and listing his current address in the signature block, on or before July 21, 2021, or face dismissal of this action. To date, Plaintiff has not complied with this order or taken any other action.

IT IS THEREFORE ORDERED:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.

2. The court will enter judgment by a separate document.

Dated this 22nd day of July 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge